IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK A TRAWICK,<br><br>            Plaintiff,<br><br>vs.<br><br>LORI CHAVEZ-DEREMER, Secretary of Labor;<br><br>           Defendant. | **8:23CV432**<br><br>**ORDER** |

**IT IS ORDERED** that the motion for substitution of counsel (Filing No. 62) is granted and Daniele Rowley is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Daniele Rowley in this case and enter the appearance of AUSA Amanda Phillips Brown.

Dated this 15th day of April, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge