IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK A TRAWICK, | | |
| Plaintiff, | | **8:23CV432** |
| vs. | | |
| KEITH E. SONDERLING, in is official capacity as acting Secretary of Labor; | | **ORDER** |
| Defendant. | | |

**IT IS ORDERED** that the motion for substitution of counsel (Filing No. 111) is granted and Christopher Ferretti is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Christopher Ferretti in this case and enter the appearance of AUSA Timothy R. Hook.

Dated this 21st day of April, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge